# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| DERRICK RAY SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IAN WALLACE, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | No. 1:14-CV-0146-SNLJ |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for a sixty day extension to file his complaint on a Court-provided form, submit a motion to proceed in forma pauperis, and file a certified copy of his prison account statement. The Court will grant plaintiff's request for an extension, but will not grant a further extension without good cause shown. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion [ECF No. 4] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within (60) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (60) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the court

will dismiss this action without prejudice. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 10th day of November, 2014.

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**